UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ESTATE OF KIMBERLY KERTZ, et al.,      )
                                       )
        Plaintiff(s),                  )
                                       )
    v.                                 )      No. 4:25-CV-00160-JSD
                                       )
CITY OF CRYSTAL CITY, et al.,          )
                                       )
        Defendant(s).                  )
                                       )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

[ ]   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

[X]   An ADR conference was held on: November 26, 2025 and July 17, 2026

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on July 17, 2026
The parties  [□ did   xx did not]  achieve a settlement. ***Check one***

**Option 3**

[ ]   Although this case was referred to ADR, a conference WAS NOT HELD.

Date:  July 20, 2026               Neutral:  s/G. Patrick Murphy

                                   G.PATRICK MURPHY
                                   Signature